UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DANIEL LASTARZA | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| vs. | : | CA 07 345 |
| GENERAL MOTORS CORPORATION Defendant. | : | |

**NOTICE OF REMOVAL**

TO: Honorable Chief Judge and Judges of the United States District Court

General Motors Corporation, a Defendant in the above-captioned action, hereby files this Notice of Removal of this action from the Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §1441, and in support thereof avers as follows:

1. As appears from the docket, files and records of the Providence Superior Court, the above-captioned action was commenced against General Motors on or about August 6, 2007.

2. On August 22, 2007, the Plaintiff served General Motors by causing a copy of the Summons and Complaint to be served on General Motors' agent for service of process in Rhode Island.

3. No further proceedings have been had in Providence Superior Court in connection with the above-captioned action.

4. The above-captioned action is a civil action alleging personal injuries resulting from an automobile accident involving the Plaintiff, Daniel Lastarza. The Complaint purports to set forth claims of negligence, breach of warranty and strict products liability against General Motors and alleges the plaintiff sustained serious and severe personal injuries, medical expenses, loss of income, pain and suffering and disabilities.

5. The amount in controversy in this action, exclusive of interest and cost, exceeds the sum of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00)

6. Upon information or belief, the Plaintiff, Daniel Lastarza, is a resident of the State of Rhode Island.

7. Defendant, General Motors, is a corporation organized under the laws of Delaware, with its principal place of business in Detroit, Michigan.

8. This Court has original jurisdiction of the above-entitled action, pursuant to 28 U.S. C. §1332, and the action may therefore be removed to this Court, pursuant to 28 U.S.C. §1441 (b).

9. This Notice of Removal is filed within thirty (30) days of receipt of the Summons and Complaint in this action by General Motors.

WHEREFORE, General Motors Corporation prays for removal of the above-captioned action from the Superior Court of State of Rhode Island to the United States District Court for the District of Rhode Island.

**GENERAL MOTORS CORPORATION,**

By Its Attorney,

Timothy J. Duggan, Esq. (#4374)
Duggan & Caccavaro
520 Providence Highway, Ste 4
Norwood, MA 02062
T: (781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on Thomas F. Ginnerty, Esq., 335 Broadway, Providence, RI 02909 on September 11, 2007.

Timothy J. Duggan