UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DANIEL LASTARZA | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO.: |
| vs. | : | |
| | : | |
| GENERAL MOTORS | : | CA 07 345 |
| CORPORATION | : | |
| Defendant. | : | |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO: Thomas F. Ginnerty, Esq.
335 Broadway
Providence, RI 02909

PLEASE TAKE NOTICE that on September 11, 2007, General Motors Corporation, a Defendant in the above-captioned action, filed a Notice of Removal, copies of which are attached hereto, of the above-captioned action to the United States District Court for the District of Rhode Island.

You are also advised that Defendant, on filing such Notice of Removal in the Office of the Clerk of the United States District for the District of Rhode Island, also filed copies thereof with the Clerk of Providence Superior Court to effect removal pursuant to 28 U.S.C. §1446 (d).

**GENERAL MOTORS CORPORATION,**

By Its Attorney,

Timothy J. Duggan, Esq. (#4574)
Duggan & Caccavaro
520 Providence Highway, Ste 4
Norwood MA 02062
T: (781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on Thomas F. Ginnerty, Esq., 335 Broadway, Providence, RI 02909 on September 11, 2007.

Timothy J. Duggan