2007 AUG -7 P 3:36

HENRY S. KINCH JR., CLERK
FILED
SUPERIOR COURT

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DANIEL LASTARZA

VS. : C.A. No.: PC07-4065

GENERAL MOTORS CORPORATION

**COMPLAINT**
**COUNT I**

1. The plaintiff, Daniel Lastarza, is a resident of North Kingstown, Rhode Island

2. The defendant, General Motors Corporation, a Delaware corporation, is engaged in the business of designing, manufacturing, constructing, assembling and selling automobiles, other motor vehicles and motor vehicle components and parts.

3. The defendant, General Motors Corporation, a Delaware corporation, is authorized to conduct business in the State of Rhode Island with dealerships operating in Rhode Island engaged in the business of selling and servicing motor vehicles.

4. That prior to September 28, 2004, Daniel Lastarza and Karen Miele purchased a 1998 Chevrolet S10 Pick-Up truck, vehicle identification number IGCCS1449WK1Z9748, that had been manufactured by the defendant, General Motors Corporation.

5. That on or about September 28, 2004, the plaintiff, Daniel Lastarza, was operating the 1998 Chevrolet S10 truck in a careful and prudent manner on Route 295 in Warwick, Rhode Island, when he was involved in an accident.

6. That as a result of the actions of another vehicle operator, the plaintiff, Daniel Lastarza, left the highway, struck a fence and then struck a tree causing extensive front end damage to the vehicle and resulting in severe personal injuries to the plaintiff, Daniel Lastarza.

7. That the plaintiff, Daniel Lastarza, was severely injured as a result of various vehicle defects, including but not limited to a defective air bag system that failed to deploy as required.

8. That as a direct and proximate result of the negligence of the defendant, General Motors Corporation, as set forth herein, the plaintiff, Daniel Lastarza, was severely injured in the accident on or about September 28, 2007, when the airbags system installed by the defendant, General Motors Corporation, in the 1998 Chevrolet S10 truck failed to deploy and other parts and equipment failed to perform in a proper manner as required causing the plaintiff, Daniel Lastarza, to sustain serious injuries resulting is medical expenses, a loss of income, pain and suffering and disabilities.

9. That the defendant, General Motors Corporation, negligently designed, manufactured, constructed and assembled the 1998 Chevrolet S10 truck that was dangerous and unsafe for its intended uses.

10. That the defendant, General Motors Corporation, negligently maintained, repaired, and sold the 1998 Chevrolet S10 truck that was dangerous and unsafe for its intended purposes.

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**WHEREFORE**, the plaintiff, Daniel Lastarza, demands judgment against the defendant, in an amount within the jurisdiction of this court, together with interest and cost.

## COUNT II

11. The plaintiff, Daniel Lastarza, hereby incorporates by reference all those allegations contained in paragraphs I through 10 of Count I of this complaint, as though fully set forth herein.

12. That the defendant, General Motors Corporation, that impliedly warranted that the 1998 Chevrolet S10 truck was of merchantable quality, safely designed and fit for the purpose for which it was designed, produced, sold and intended to be used.

13. That the defendant, General Motors Corporation, breached the implied warranty described herein, in that the 1998 Chevrolet S10 truck was not of merchantable quality and was not safe and fit for its intended uses.

14. That as a direct and proximate result of the breach of the implied warranty described herein, the plaintiff, Daniel Lastarza, was severely injured in the accident on or about September 28, 2004, when the airbag system installed in the 1998 Chevrolet S10 truck failed to deploy and other parts and equipment failed to perform in a proper manner as required causing the plaintiff, Daniel Lastarza, to sustain serious injuries resulting in medical expenses, a loss of income, pain and suffering and disabilities.

**WHEREFORE**, the plaintiff, Daniel Lastarza, demands judgment against the defendant, in an amount within the jurisdiction of this court, together with interest and cost.

## COUNT III

15. The plaintiff, Daniel Lastarza, hereby incorporates by reference all those allegations contained in paragraphs 1 though 14 of Count I and Count II of this complaint, as through fully set forth herein.

16. That the defendant, General Motors Corporation, expressly warranted that the 1998 Chevrolet S10 truck was merchantable, safely designed and fit for the purpose for which it was designed, produced, sold and intended to be used.

17. That the defendant, General Motors Corporation, breached those express warranties, in that the 1998 Chevrolet S10 truck was not merchantable, quality and was not safe and fit for its intended uses.

18. That as a direct and proximate result of the breach of the express warranties described herein, the plaintiff, Daniel Lastarza, was seriously injured the accident on or about September 28, 2004, when the airbags installed in the 1998 Chevrolet S10 truck failed to deploy and other parts and equipment failed to perform in a proper manner as required causing resulting in serious injuries to the plaintiff, Daniel Lastarza, to sustain serious injuries resulting in medical expenses, a loss of income, pain and suffering and disabilities.

**WHEREFORE,** the plaintiff, Daniel Lastarza, demands judgment against the defendant, in an amount within the jurisdiction of this court, together with interest and cost.

**COUNT IV**

19. The plaintiff, Daniel Lastarza, hereby incorporates by reference all those allegations contained in paragraphs I to though 18 of Count I, Count II and Count III of this complaint, as though fully set forth herein.

20. That at all times mentioned in this complaint, the subject vehicle, a 1998 Chevrolet S10 truck purchased from the defendant, General Motors Corporation, and the component parts thereof, were defective as to design, manufacture and warnings causing the vehicle and the component parts, in particular the airbags, to be defective making then unsafe for their intended uses.

21. That as a direct and proximate result of the defective and dangerous condition of the subject vehicle, by the plaintiff, Daniel Lastarza, was seriously injured the accident on or about September 28, 2004, when the airbags installed in the 1998 Chevrolet S10 truck failed to deploy and other parts and equipment failed to perform in a proper manner as required causing the plaintiff, Daniel Lastarza, to sustain serious injuries resulting in medical expenses, loss of income, pain and suffering and disabilities.

ue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**WHEREFORE,** the plaintiff, Daniel Lastarza, demands judgment against the defendant, in an amount within the jurisdiction of this court, together with interest and cost.

Plaintiff, Daniel Lasatarza
By his Attorney,

Thomas F. Ginnerty, Esq. #2662
335 Broadway
Providence, RI 02909
Phone: (401) 751-2800
Fax: (401)8610040

Dated: August 6, 2007

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island