STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-4065 DANIEL LASTARZA V GENERAL MOTORS CORPORATION

Filing Date: 08-07-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 09-11-2007

Plaintiff: DANIEL LASTARZA
ID: @10921006

Attorney: THOMAS GINNERTY

Defendant: GENERAL MOTORS CORPORATION
ID: @10921007

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-07-2007 | COMPLAINT FILED | |
| 08-07-2007 | INITIAL FILING FEE | |
| 08-07-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP254051. |
| 08-27-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GENERAL MOTORS CORPORATION |
| 09-11-2007 | NOTICE OF REMOVAL | FILED BY DEFT GENERAL MOTORS. COMPLETE. CERTIFIED COPIES OF COMPLETE FILE ARE HAND DELIVERED IN THE SUPERIOR COURT CLERKS OFFICE TO THE LAW OFFICE OF DUGGAN & CACCAVARO. |
| 09-11-2007 | OTH DOC FILED DURING DISCOV | CASE IS CLOSED. WITH NOTICE OF REMOVAL ( U.S. DISTRICT COURT CASE #07-345S). |
| 09-11-2007 | CASE REMVD TO US DISTRICT CT | MATTER IS REMOVED. |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island