UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

DANIEL LASTARZA,
Plaintiff,

v. C.A. No. 07-345S

GENERAL MOTORS CORPORATION,
Defendant.

MOTION FOR ADMISSION PRO HAC VICE

Defendant GENERAL MOTORS CORPORATION hereby moves that FRANCIS J. GREY, JR. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below. Attorney Grey's certification is attached hereto.

**GENERAL MOTORS CORPORATION,**

By Its attorney,

/s/Timothy J. Duggan
Timothy J. Duggan (RI Bar #4574)
144 Medway Street
Providence, RI 02906
T: (401) 751-4842
F: (401) 751-4842
E: tjd@dcclawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via electronic filing on September 20, 2007 upon:

Thomas F. Ginnerty, Esq.
335 Broadway
Providence, RI 02909

/s/Timothy J.Duggan
Timothy J. Duggan

Case 1:07-cv-00345-S-DLM Document 5 Filed 09/20/2007 Page 2 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

DANIEL LASTARZA,
Plaintiff,

v.

C.A. No. ~~07-406S~~ 07-345S

GENERAL MOTORS CORPORATION,
Defendant.

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of Pennsylvania and New Jersey and of the Federal District Courts of New Jersey and the Eastern District of Pennsylvania. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

Case 1:07-cv-00345-S-DLM Document 5 Filed 09/20/2007 Page 3 of 3

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Francis J. Grey, Jr.
State Bar ID # 56145
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 North Independence Mall West, Suite 500,
Philadelphia, PA 19106
T: (215) 351-7540
F: (215) 627-2551
E: fgrey@Lavin-Law.com

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Timothy J. Duggan (RI Bar #4574)
144 Medway Street
Providence, RI 02906
T: (401) 751-4842
F: (401) 751-4842
E: tjd@dcclawyers.com

---

ORDER

This motion is hereby Granted

District Judge WSM

Date: 9/25/07