UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIEL LASTARZA,

VS. C.A. NO.: 07-345-S

GENERAL MOTORS CORPORATION,

**DEFENDANT'S LOCAL RULE 16 STATEMENT OF DEFENSES**

Pursuant to Local Rule 16 and in accordance with the September 12, 2007 Notice of Pretrial Conference, the Defendant, General Motors Corporation ("General Motors" or "GM"), submits the following Statement of Defenses.

In its Answer to the plaintiff's Complaint, General Motors has raised several defenses relative to plaintiff's allegations of defective design and manufacture of the supplemental restraint system, commonly referred to as its air bag system, in the subject 1998 Chevrolet S10 pick-up truck, based upon the limited amount of discovery obtained to date. That discovery appears to indicate that the air bag system in the subject truck operated as designed and manufactured in the September 28, 2004 accident referenced in the Complaint.

Furthermore, in its Answer, General Motors has asserted the customary comparative negligence, superceding cause, and subsequent alteration defenses because the plaintiff or a third party may have altered the subject vehicle after it left the possession of General Motors and may have caused or contributed to causing the subject accident and the injuries that flowed from such accident, and because the plaintiff may not have been wearing the driver's seat belt which would have been the primary means of occupant restraint such that the plaintiff's alleged injuries could have been avoided or significantly reduced. GM's investigation into these issues is ongoing.

**GENERAL MOTORS CORPORATION,**

By Its Attorneys,

/s/ Timothy J. Duggan
Timothy J. Duggan (#4574)
Duggan & Caccavaro
144 Medway Street
Providence, RI 02906
T: (401)621-9417
E: tjd@dcclawyers.com

and

Francis J. Grey, Jr. (pro hac vice)
Monica Pennisi Marsico (pro hac vice)
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 North Independence Mall West
6th & Race Streets
Philadelphia, PA 19106
T: (800)220-2303
E: fgrey@lavin-law.com
mpmarsico@lavin-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via electronic filing on Thomas F. Ginnerty, Esq., 335 Broadway, Providence, RI 02909 on October 1, 2007.

__________________________
Timothy J. Duggan