UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DANIEL LASTARZA<br><br>Plaintiff<br><br>vs.<br><br>GENERAL MOTORS CORPORATION<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.: 07-345-S |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff, Daniel Lastarza and the defendant, General Motors Corporation by and through their counsel in the above-referenced matter agree that the case be dismissed with prejudice and without costs to any party. Each party expressly waives all rights to appeal.

**DANIEL LASTARZA,**

By His Attorney,

/s/ Thomas F. Ginnerty
Thomas F. Ginnerty (#2662)
335 Broadway
Providence, RI 02909
T: (401) 751-2800

**GENERAL MOTORS CORPORATION,**

By Its Attorney,

/s/ Timothy J. Duggan
Timothy J. Duggan, Esq. #4574
Duggan & Caccavaro
520 Providence Hwy, Suite 4
Norwood, MA 02062
(781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served on January 25, 2008 via first class mail, postage prepaid, upon:

Thomas F. Ginnerty, Esq.
335 Broadway
Providence, RI 02909

/s/Timothy J. Duggan
Timothy J. Duggan